**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO LAFAYETTE BAIN, | ) Case No. CV 16-0356-JPR |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| WARDEN ARNOLD, | ) |
| Respondent. | ) |

Pursuant to the Memorandum Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 30, 2016

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE